UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE URIBE,

                Plaintiff,

    - against -

CELL BIOENGINES, INC., ET AL.,

                Defendants.

26-cv-3827 (JGK)

**Order**

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Cell BioEngines, Inc. ("Cell") to answer the complaint was June 26, 2026. See ECF No. 6. To date, no answer has been filed.

The time for Cell to answer or respond to the complaint is extended until **July 10, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against Cell.

The plaintiff shall serve a copy of this Order on Cell and file proof of service on the docket by **June 30, 2026.**

SO ORDERED.

Dated:    New York, New York
           June 27, 2026

                                  _____
                                  John G. Koeltl
                           United States District Judge