**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**NICOLE URIBE,**

**Plaintiff,**

**- against -**

**CELL BIOENGINES, INC., ET AL.,**

**Defendants.**

---

**26-cv-3827 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **August 18, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 4, 2026**

**John G. Koeltl**
**United States District Judge**