**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Nicole Uribe,**

**Plaintiff,**

**-against-**

**Cell BioEngines, Inc., et al.,**

**Defendants.**

**1:26-cv-03827 (JGK) (SDA)**

**ORDER SCHEDULING**
**<u>SETTLEMENT CONFERENCE</u>**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, October 8, 2026, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, October 1, 2026).

**SO ORDERED.**

Dated: New York, New York
August 28, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge